No. 96–9072. PITSONBARGER *v.* GRAMLEY, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy*, 521 U. S. 320 (1997).

No. A–185 (97–5685). DWIGHT B. *v.* JERRY LYNN C. Ct. App. Cal., 4th App. Dist. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–196. LYNCH ET AL. *v.* UNITED STATES. C. A. 2d Cir. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–1794. IN RE DISBARMENT OF ECHOLS. Motion for reconsideration of order of disbarment denied. [For earlier order herein, see, *e. g.,* 520 U. S. 1262.]

No. D–1809. IN RE DISBARMENT OF LANDAN. Disbarment entered. [For earlier order herein, see 520 U. S. 1262.]

No. M–1. GUERRERO-MARTINEZ *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies of the public record granted.

No. M–2. WEBSTER *v.* INDIANA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. M–3. REYNOLDS *v.* CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.